FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 27 2006

LUTHER D. THOMAS, Clerk
By: [signature]
     Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEREK CLINTON DENTON,

      Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

      Defendants.

CIVIL ACTION

NO. 1:04-CV-3285-RLV

## O R D E R

The plaintiff in this action previously moved for a partial stay of the case as to the non-federal defendants, arguing in part as follows:

> If the federal defendants are liable, they likely will be liable for all of the erectile dysfunction that plaintiff has suffered, either because all of the dysfunction was caused before the federal defendants sent plaintiff to the hospital or because accepted medical principles cannot separate the dysfunction that was caused by the federal defendants' many days of delay from that which was caused by the non-federal defendants' several hours delay.

By order dated February 15, 2006, this court denied the plaintiff's motion for a partial stay of the proceedings against the non-federal defendants. In doing so, the court quoted the above argument from the plaintiff's brief and then added the following footnote:

> The court notes that if the plaintiff has serious concerns about proving this case against some, or all, of the non-federal defendants, he should voluntarily dismiss his claim or claims against those parties rather than

stay the matter.

The plaintiff has now moved for reconsideration or clarification of that footnote [Doc. No. 96].

In that footnote, the court merely observed that an avenue was open to the plaintiff if he did not wish to pursue his claims against the non-federal defendants at this time. The footnote offered no opinion on the merits of the plaintiff's claims, nor did the footnote direct the plaintiff to take any action. Thus, there is nothing to reconsider or clarify. Therefore, the plaintiff's motion for reconsideration or clarification is DENIED [Doc. No. 96].[1]

SO ORDERED, this 27TH day of February, 2006.

_____
ROBERT L. VINING, JR.
Senior United States District Judge

---

[1] The court's conclusion that the footnote does not need reconsideration or clarification is bolstered by the fact that in his motion the plaintiff does not state how he wishes the footnote to be reconsidered or clarified.